**RANDOM/CAT 3   PC9**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**RECEIVED** JC

2/1/2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**24-CV-973**

Quentin GENE Spencer

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**JUDGE SEEGER**
**MAGISTRATE JUDGE MCSHAIN**

vs.

City of CHICAGO

OFFICER TERRY O'CONNER,

STAR Number 20831, and

OTHER AS YET UNKNOWN

CHICAGO Police OFFICERS

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
<u>use "et al."</u>)

Case No: _____
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

   ✓        **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____       **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____       **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

④

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.  **Plaintiff(s):**

A.  Name: Quentin Gene Spencer

B.  List all aliases: Quentin G. Spencer Quentin Spencer Cisco Z. Hall Quinton spencer

C.  Prisoner identification number: B35099

D.  Place of present confinement: Graham Correctional Center

E.  Address: 12078 Illinois Route 185 Hillsboro, Illinois, 62049

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.  Defendant: City of Chicago

Title: City of Illinois State

Place of Employment: Mayors office   121 N. Lasalle St. unit 507 Chicago, Illinois, 60602

B.  Defendant: Officer Terry Oconner #20831

Title: Detective (Homicide) of Chicago Police Department

Place of Employment: 19th Precinct (Area 3)   2452 W. Belmont Ave Chicago, Illinois 60618

C.  Defendant: Other as yet unknown Chicago Police officers

Title: Chicago Police officers

Place of Employment: 3510 S. Michigan Ave Chicago Ill 60653 (Police Headquarters)

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## II. Defendants

Each defendant is sued individually and in his official capacity. At all times mentioned in this complaint each defendant acted under the color of state law.

2B

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: _____
_____

B.  Approximate date of filing lawsuit: _____

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____
_____
_____

D.  List all defendants: _____
_____
_____
_____

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.  Name of judge to whom case was assigned: _____
_____

G.  Basic claim made: _____
_____
_____

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
_____
_____

I.  Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On November 19, 1997 while at the 19th Precinct Police station (Area 3) of the Chicago Police, the plaintiff signed a four page document in the presence of arresting officer Terry O'Conner, and assistant States Attorney Thomas Glasgow. This document was titled "The Statement of Quentin Spencer." The plaintiff was charged with first-degree murder. This statement was later turned over to the Prosecution, and was given to the defense by way of discovery. The plaintiff was shown the "Statement of Quentin Spencer" by his attorney, and the plaintiff told his attorney that two of the signatures didn't look right, and that he didn't remember one of his answers being worded the way that the document reflected. The Plaintiffs attorney stated that he would have the signatures examined by a handwriting expert. A few weeks later, the attorney told the plaintiff that the expert said that the signatures were mine (the plaintiff) During pre-trial motions, while under cross-examination, the plaintiff was shown the four-page statement and was asked "are these your signatures"? The plaintiff stated that they were.

The four-page statement was used by the state for impeachment purposes, and was also deemed a waiver of Miranda warnings.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

The plaintiff went to trial... lost, and was sentenced to eighty-five years in prison.

In 2021, the plaintiff received a Stimulus Payment and decided to have the Statement of Quentin Spencer examined by a handwriting expert. The plaintiff contacted Mr. Curt Baggett. Handwriting expert Curt Baggett examined and concluded that the document titled The Statement of Quentin Spencer was forged. Marked as exhibit C-1, The Curriculum Vitae of Mr. Baggett is attached and incorporated herein by reference.

Mr. Baggett compared the signatures of the Statement of Quentin Spencer to three Department of Motor Vehicle State Identification forms which had been signed by the plaintiff. Two signatures of the plaintiffs are from 1997 marked as K1-A and K1-B by Mr. Baggett, and one signature from 1994 marked as K-2 by Mr. Baggett. Samples of the plaintiffs handwriting is marked as K-3 by Mr. Baggett. The document titled the Statement of Quentin Spencer is marked by Mr. Baggett as Q1A, Q1B, Q1C, and Q1D.

The Clerk of The Circuit Court of Cook County (Criminal Division) "Certified True Copy" is marked by the plaintiffs exhibits R-1, R-2, R-3, and R-4.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## CAUSE OF ACTION

The CITY OF CHICAGO, OFFICER Terry O'Conner, and Other AS yet UNKNOWN Chicago Police OFFicers have violated plaintiffs right to due process, protected by the fourteenth amendment to the UNITED STATES CONSTITUTION

The defendants have failed to ensure that statements recorded during custodial interrogation were properly safeguarded. This failure has caused a substantial deprivation of the plaintiffs right to due process.

The plaintiff has been, and will continue to be irreparably injured by the conduct of the defendents unless this court grants the declaratory and injunctive relief which Plaintiff Seeks.

## V. PRAYER FOR RELIEF:

Wherefore, Plaintiff respectfully prays that this Court enter an order. Issuing declaratory relief, declaring that the acts and omissions of the defendants have violated plaintiffs rights, and stating those rights and the defendants duties with respects to those rights.

A Preliminary and Permanant injunction ordering defendants CITY OF CHICAGO, OFFICER TERRY O'CONNER, and other as yet unKNOWN CHICAGO police OFFICERS to release the rightful and factual document Known as The Statemement of Quentin Spencer and to stop the denial of said document to the plaintiff

Awarding Plaintiff $700.00 dollars for cost of Handwriting expert curt Baggett. Each defendant Jointly and Severally. Compesatory damage

Page 6-A

PRAYER For Relief continued on 6-B

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V.  Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Awarding punitive damages in an amount as yet to be deduced from the evidence but in no event in an amount less than $940,000.00 against each defendant. Plaintiffs in this suits costs.

Any additional Relief this Court deems Just.

VI.  The plaintiff demands that the case be tried by a jury.  ☑ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___23ᴿᴰ___ day of ___January___, 20 _24_

_Quil Gene Spencer_

(Signature of plaintiff or plaintiffs)

_Quentin Gene Spencer_
(Print name)

_B35099_
(I.D. Number)  _Graham Correctional Center_

_12078 Illinois Route 185_

_Hillsboro, Illinois, 62049_
(Address)

Page 6-B

### Handwriting Expert, LLC
### Curt Baggett
Expert Document Examiner
533 Park Lane
Richardson, Texas 75081
Phone: 972.644.0285
cbhandwriting@gmail.com
**www.ExpertDocumentExaminer.com**

---

### Questioned Document Examiner Letter

Subject: **Quentin G. Spencer**
Date: February 4, 2022

I have examined three (3) documents with the fifteen (15) known signatures of Quentin G. Spencer. For the purpose of this examination I have labeled these exhibits 'K1' through 'K3'.

Today I have compared the signatures of Quentin G. Spenser on the 'K' documents to the Quentin Spencer signatures on the questioned document, identified herein as **'Q1A', 'Q1B', 'Q1C' and 'Q1D'**, to determine if the author of the Quentin G. Spencer signatures on the 'K' documents was the same person who authored the name of Quentin Spencer on the questioned document: **RE: INVESTIGATION (The Murder of Laura Petty) 4 page STATEMENT of Quentin Spencer taken on November 19, 1997 in Cook County, Illinois [People V. Quentin Spencer, Indictment No. 98CR-339] and purportedly signed by Quentin Spencer.**

An examination of handwriting includes establishing patterns of writing habits to help identify the author. Handwriting is formed by repeated habits of writing by the author, which are created by neuro-pathways established in the brain. These neuro-pathways control muscular and nerve movement for writing, whether the writing done is by the hand, foot or mouth.

In support of my opinion, I have included an excerpt from *Handwriting Identification, Facts and Fundamentals* by Roy A. Huber and A.M. Headrick (CRC Press LLC, 1999, pp 50-51) wherein the leading forefathers of document examination in the USA agree that one significant difference in the fundamental structure of a writing compared to another is enough to preclude common authorship:

> [Ordway] Hilton stated: "It is basic axiom of identification in document problems that a limited number of basic differences, even in the face of numerous strong similarities, are controlling and accurately establish nonidentity."

> [Wilson R.] Harrison made similar comments: "...the fundamental rule which admits of no exception when handwritings are being compared...is simple – whatever features two specimens of handwriting may have in common, they cannot be considered to be of common authorship if they display but a single consistent dissimilarity in any feature which is fundamental to the structure of the handwriting, and whose presence is not capable of reasonable explanation."

[James V.P.] Conway expressed the same theme when he wrote: "A series of fundamental agreements in identifying individualities is requisite to the conclusion that two writings were authored by the same person, whereas a single fundamental difference in an identifying individuality between two writings precludes the conclusion that they were executed by the same person."

and finally,

[Albert S.] Osborn and others have generally agreed that despite numerous similarities in two sets of writings, a conclusion of identity cannot be made if there is one or more differences in fundamental features of the writings.

The techniques promulgated by the scientific community in the forensic document examination field generate reliable results and are generally accepted.

Based upon thorough analysis of these items, and from an application of accepted forensic document examination tools, principles and techniques, it is my professional expert opinion that **a different person authored the name of Quentin Spencer on the questioned document. Someone did indeed forge the signatures of Quentin Spencer on the questioned document, 'Q1A', 'Q1B', 'Q1C' and 'Q1D'.**

I am willing to testify to this fact in a court of law and I will provide exhibits to the Court showing that I had sufficient data and that my opinion is correct. My Curriculum Vitae is attached and incorporated herein by reference.

Respectfully submitted,

*Curt Baggett*

Curt Baggett

The above Letter of Opinion was sworn and subscribed before me by Curt Baggett this 4th day of _February_, 2022.

State of Texas

§
§
§
§

County of Dallas

PATRICIA J. HALE
My Notary ID # 130525886
Expires February 5, 2024

*Patricia S. Hale*
Notary Public / State of Texas

*Exhibit C-2*

# CURT BAGGETT

**Expert Document Examiner**
533 Park Lane, Richardson, TX 75081
Phone: 972.644.0285
cbhandwriting@gmail.com
www.ExpertDocumentExaminer.com

Curt Baggett is a leading handwriting expert in the United States. He is also a skilled authority in document examination and as an expert witness and he has completed over 6,000 cases. Mr. Baggett has examined documents and/or testified in court cases as a handwriting expert in all 50 states, Washington, D.C., the Bahamas, Brazil, Canada, Chile, England, Ireland, Mexico, Pakistan, Puerto Rico, Thailand and New Zealand, Korea, China, Australia and Denmark.

The U.S. Department of Justice, the State of Arizona, State of Arkansas, the State of California, Louisiana Public Defender Board, and the State of Texas have retained him. Mr. Baggett has appeared as a handwriting expert on WOLF-BLITZER-CNN; CHARLES GIBSON-ABC, INSIDE EDITION, CBS Network Radio, CBS, CNBC, CNN, FOX, JUDGE ALEX, TEXAS JUSTICE and GOOD MORNING TEXAS and was a consultant as a forensic document examiner for a number one television show, "CSI: Crime Scene Investigation". Mr. Baggett is the co-author of "The Handwriting Certification Home Study Course" and "How To Spot a Forgery" and has been a guest on various other television and radio programs discussing handwriting and forensic document examination.

Mr. Baggett once held the position as Dean of the School of Forensic Document Examination at Handwriting University. In addition to lecturing and teaching document examination, Mr. Baggett has analyzed handwriting for over 40 years. He has been qualified as an expert witness in Justice of the Peace, Municipal, District, State, U.S. District, and Federal Bankruptcy Courts, Eastern Caribbean Supreme Court, High Court of Tynwald British Isles and the Provincial Courts of Canada.

His education and training in document examination and psychology include: U.S. Army, Military Police Officer's School; B.A. and M.Ed., McNeese State University, Lake Charles, Louisiana; and post-graduate studies at the University of Houston, Houston, Texas.

Curt Baggett's library is extensive and includes literature on questioned document examination, forensic handwriting analysis, behavior profiling, and statement analysis.

Laboratory equipment used for examination consists of a Stereo Star Zoom American Optical 7x – 30x twin microscope; Micronta illuminated 30x microscope; stereo microscope S/ST series; universal DigiScoping adapter; numerous magnifying devices; protractor and metric measuring devices; Pentax ME camera; Pentax macro 1.4, 50mm flat copy lens; overhead projector; light table, and transparencies.

**Curt Baggett's Education and Training in Handwriting and Document Examination Include:**

An in person two-year apprenticeship with Dr. Ray Walker as a handwriting expert and questioned document examiner. Dr. Walker's qualifications have been affirmed in the Court of Appeals, Fifth District of Texas at Dallas, and had historical rulings in his favor. A leading authority in the field of handwriting analysis and document examination, Dr. Walker is the author of The Questioned Document Examiner and the Justice System.

The American Bureau of Document Examiners certifies Mr. Baggett. He also has a certificate of completion from the American Institute of Applied Science.

2/13/2022

*exh C-2*

**Lectures, Conferences, and Classes Attended:**

2004 School of Forensic Document Examination's Annual Conference, Dallas, Texas
    Attended classes taught by Reed Hayes, QDE, Katherine Koppenhaver, QDE, Bill Koppenhaver, QDE

2004 School of Forensic Document Examination's Teleclass Curriculum
    Examination of Anonymous Writing by Reed Hayes, QDE
    Document Examination Terminology by Don Lehew, QDE
    Notary Public by Don Lehew, QDE
    Advanced Forgery Identification by Don Lehew, QDE
    Instructor

2005 School of Forensic Document Examination's Annual Conference, Dallas, Texas
    Attended the following lectures, in addition to general sessions:
    Tremors and line Quality taught by Reed Hayes, QDE
    Demonstrative Evidence taught by Katherine Koppenhaver, QDE, Bill Koppenhaver, QDE
    Photography through microscopes by David Babb, QDE
    Paper and Watermarks by John McGuire, QDE
    Lecturer

2005 School of Forensic Document Examination's Teleclasses
    Natural Variation taught by Reed Hayes, QDE
    The Discrimination of Handwriting by Don Lehew, QDE
    Procedures for Examining Signatures by Don Lehew, QDE
    Courtroom Procedures and Roles by Don Lehew, QDE
    Instructor

2006 School of Forensic Document Examination's Annual Conference, Dallas, Texas
    Attended the following lectures, in addition to general sessions:
    Deposition and Cross Examinations by Dr. Richard Frazier, QDE
    Medical Problems Affecting handwriting by Dr. Richard Frazier, QDE
    Legal Issues for Document Examiners by Dr. Richard Frazier, QDE
    Deposition and Cross Examinations by Dr. Richard Frazier, QDE
    Health Factors Affecting Handwriting by Dr. Joe Alexander, QDE
    Prescription Forgery and Medical Crimes by Diane King, Lecturer

2007 Handwriting University Annual Conference, Dallas, Texas
    Trainer and Instructor

2007 School of Forensic Document Examination's Teleclasses
    Instructor - Handwriting Basics and Exemplars
    Instructor - Multiple Classes on Case Studies and Examinations

2008 Handwriting University Annual Conference, Las Vegas, Nevada
    Trainer and Instructor

2009 School of Forensic Document Examination's Live Teleclasses
    Attended a variety of classes taught by Robert Baier, QDE, Police Instructor

2009 Handwriting University Annual Conference, Las Vegas, Nevada
    Critical Incident Stress: Statement Analysis and Interview v. Interrogation by Faith Wood

*exhibit C-3*

Forensic Document Examination Application by Robert Baier, QDE, Police Instructor
Trainer and Instructor for Introduction to Forensic Document Examination

2010 Handwriting University Annual Conference, Las Vegas, Nevada
    Advanced Statement Analysis by Faith Wood
    Identity Theft and Prevention by Robert Baier, QDE, Police Instructor
    Trainer and Instructor for Introduction to Forensic Document Examination

2010 Speaker – "Introduction to the Science of Handwriting and Forensic Document Examination", Clear
    Lake High School

2011 Lecturer and Instructor, "How to Spot a Forgery", Denver Elections Division, Denver, Colorado

2012 Lecturer and Instructor, "How to Spot a Forgery", Denver Elections Division, Denver, Colorado

2012 Speaker – "How to Avoid a Forgery", Military Order of Purple Hearts Annual Meeting, Dallas,
    Texas

2013 Speaker – "Introduction to the Science of Handwriting and Forensic Document Examination";
    Appointment as Guest Lecturer and Consultant by Stefanie Page, Instructor, Forensic Science
    Department, Jesuit College Preparatory School of Dallas

2013 Speaker – "Introduction to the Science of Handwriting and Forensic Document Examination", Irma
    Lerma Rangel Young Women's Leadership School, Dallas, Texas

2016 Speaker – Handwriting University International Handwriting Conference in Las Vegas, NV (Sept.)

2018 Instructor via written presentation at the 18th Wroclaw Symposium of Questioned Document
    Examination at University of Wroclaw in Poland June 6-8, 2018

## Past and Present Memberships

    American College of Forensic Examiners International
    American Legion
    Center of Forensic Profiling
    Forensic Expert Witness Association
    IMS Expert Services
    Military Order of World Wars
    National Questioned Document Association
    Sheriff's Association of Texas
    Texas Police Association
    Veterans of Foreign Wars
    World Federation of Handwriting Experts
    National Association of Distinguished Professionals
    SEAK-Expert Witness Resources

## Published Articles and Books

    Ethics for Experts
    Handwriting Certification Course
    How to Help Attorneys With Your Case
    How to Spot a Forgery
    Taking the Witness Stand

2/13/2022

STATE OF ILLINOIS    **GEORGE H. RYAN**    SECRETARY OF STATE

TYPE APP: X

**IDENTIFICATION CARD**

APPLICATION FOR

| COUNTY | SOCIAL SECURITY NO. | HEIGHT FT. IN. | WEIGHT | COLOR HAIR | COLOR EYES | SEX | DATE OF BIRTH MO. DAY YR. |
|---|---|---|---|---|---|---|---|
| COOK | | 6 01 | 155 | BLK | BRN | M | 12 1 71 |

| DRIVER'S LICENSE/ID CARD NUMBER | CLASS | ENDORS. | RESTRICTIONS | EXPIRATION DATE |
|---|---|---|---|---|
| 1527 0771 3558 0  26092 | | | | 12 14 99 |

QUENTIN G SPENCER
6602 N ASHLAND
CHICAGO         60626

       60626

UNMARRIED PERSON UNDER THE AGE OF 18
SIGNATURE of father, mother, guardian or other responsible adult.

_____ (RELATIONSHIP)

I hereby give my written consent to the Secretary of State for the issuance of a license to the person named on this application

(FOR DRIVER EDUCATION STUDENTS ONLY)

FULL NAME

ADDRESS

_____ is a student of _____

CITY OR TOWN

_____ School.

Illinois, and is enrolled

in the Driver Education Class     Signature of Instructor

| COUNTY | SOCIAL SECURITY NO. | HEIGHT | WEIGHT | COLOR HAIR | COLOR EYES | SEX | DATE OF BIRTH MO. DAY YR. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | CLASS | | ENDORS. |

ORGAN DONOR ☐ YES    ☐ NO

| VISION: | | BOTH | RIGHT | LEFT |
|---|---|---|---|---|
| WITH GLASSES | | 20/ | 20/ | 20/ |
| WITHOUT GLASSES | | 20/ | 20/ | 20/ |
| PERIPHERAL FIELD | | BOTH | RIGHT | LEFT |
| NASAL READING | | | | |
| TOTAL | | | | |

TA 1   TR 2   CDL 3   NON-CDL   REASON

RESTRICTIONS   B C D E F G H I J ___ ___ J ___ ___ K L

NONE ☐

TX/TR ISSUED ☐   TSBP ISSUED ☐   NO. ____ EXP. DATE ____

NO. PHOTO ☐   NOT ISSUED ☐   HQ. CHG. ☐   CDTP ☐   SOC. SEC. NO. ☐

DRIVER ED. CERT. NO. ____   SCHOOL CODE

REASON FOR DUP. OR CORR.

ATTACHMENTS:

CLEARANCE LETTER ☐

VSR ☐

MED/PSYCH ☐

SCH BUS ☐

OTHER ☐

DO YOU WEAR: GLASSES ☐   TELE. LENSES ☐
CONTACT LENSES: RIGHT ☐   LEFT ☐
HEARING AID ☐

| | COMPUTED DL/ID NUMBER | PERS OVERRIDE | REASON CODE | EXPIRATION DATE |
|---|---|---|---|---|
| | 1527 0771 3558 | ☐ | | 12 14 99 |

IDENTIFICATION PRESENTED

| | STATE | DL/ID NUMBER | ISSUE DATE | EXPIRATION DATE | SURR. |
|---|---|---|---|---|---|
| DL | | | | | |
| CDL | | | | | |
| ID | IL | 1527-0771-3558-0 | 02-26-97 | 12-14-99 | |

REMARKS
306   CC 0347   06-10-97   15 04.00 CR

STATE OF ILLINOIS   GEORGE H. RYAN   SECRETARY OF STATE

## Renewal APPLICATION

| | ATTEMPT | CLASS | PASS | FAIL | NA | INC. | CERT. | EMP. NO. | EMP. INT. | |
|---|---|---|---|---|---|---|---|---|---|---|
| V.P. | | | | | | | | | | VP |
| V.A. | | | | | | | | | | VA |
| BASIC | | | | | | | | | | BA |
| CLASS | | | | | | | | | | CL |
| MCY | | | | | | | | | | MC |
| DRIVE | | | | | | | | | | DR |
| DRIVE | | | | | | | | | | DR |
| KNOWLEDGE | | | | | | | | | | KN |
| COMBINATION | | | | | | | | | | CO |
| AIR BRAKE | | | | | | | | | | AB |
| DOUB/TRIP. | | | | | | | | | | DT |
| PASSENGER | | | | | | | | | | PA |
| TANKER | | | | | | | | | | TA |
| HAZ MAT | | | | | | | | | | HM |
| SCH/BUS | | | | | | | | | | SB |
| PRE/TRIP | | | | | | | | | | PT |
| SKILLS | | | | | | | | | | SK |
| ROAD | | | | | | | | | | RO |

ORAL EXAM ☐  REASON _____  FILE UPDATE BY _____

(Applicant Signature)          (Employee Signature/Number)

DRIVE(S) ____  VEH. SAFETY INSP.- 1) PASS ____ FAIL ____  2) PASS ____ FAIL ____

| | | | | IF FAIL: | | |
|---|---|---|---|---|---|---|
| CLASS | | PASS | | POINTS | | |
| PLATE | | | | DANG. ACTION | | |
| STATE | | FAIL | | LACK OF COOP. | | |
| YEAR | | | | VIOLATION | | |
| MAKE | | POINTS | | ACCIDENT | | |
| CC'S | | | | OTHER | | |

Examiner Result Verification Signature/Number

Signature Page

K1 A+B

3-6-97

1. Is your driver's license or ID card or privilege to obtain a license or ID card suspended, revoked, cancelled or refused in any state under this or any other name? (If yes, a letter of clearance is required.)

2. Do you presently hold a valid driver's license or ID card in this or any other state?

3. Is your driver's license being held by a court in lieu of bail?

4. Has a court found you to have a mental disability or disease or has a court committed you to a mental health facility? (If yes, copies of related court orders and/or physician's statement and a signed medical agreement are required.)

5. Do you have any condition that might cause a temporary loss of consciousness? (If yes, a physician's statement and a signed medical agreement are required.)

6. Do you have any mental or physical condition which might interfere with safe driving? (If yes, a physician's statement and a signed medical agreement are required.)

7. Do you use any drugs, including prescription medication, or alcohol to an extent that they impair your driving ability? (If yes, a physician's statement and a signed medical agreement are required.)

8. Are your commercial driver's license privileges currently disqualified or subject to an out-of-service order?

9. Do you certify: a. you meet the "Qualification of Drivers" portion of the Federal Motor Carrier Safety Regulations; or.
   b. You are not subject to these qualifications because _____

I understand that my Social Security Number will be disclosed to other states pursuant to the Commercial Motor Vehicle Act of 1986. (Applies only to CDL applicants.)

## NOTICE OF REQUIREMENT TO REGISTER

The Secretary of State is required to provide notice to the following persons of their duty to register under the Sex Offender Registration Act: Those convicted of any felony as defined by Section 2 of the Sex Offender Registration Act [730 ILCS 150/2].

## Disclosure Statement

Under penalties of perjury, I swear or affirm that all information submitted by me regarding this application is true and no fictitious documents have been presented for the purpose of this application. I acknowledge that (a) disclosure of my Social Security Number is mandatory pursuant to 625 ILCS 5/6-106(b); and (b) my Social Security Number may be redisclosed as allowed by the Federal Privacy Act for use by other agencies as outlined in 625 ILCS 5/2-123(g), including the Illinois Department of Public Aid for use in child support enforcement.

(Applicant Signature)          (Employee Signature/Number)

STATE OF ILLINOIS · *GEORGE H. RYAN* · SECRETARY OF STATE · TYPE APP. X

APPLICATION FOR **IDENTIFICATION CARD**

| COUNTY | SOCIAL SECURITY NO. | HEIGHT | WEIGHT | | | SEX | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| COOK | | 6 01 | 155 | BLK | BRN | M | 12-14-71 |

| | EXPIRATION DATE |
|---|---|
| 1527 0771 3558 0 26092 | 12 14 99 |

QUENTIN G SPENCER
6602 N ASHLAND
CHICAGO

60626

UNMARRIED PERSON UNDER THE AGE OF 18
SIGNATURE of father, mother, guardian or other responsible adult.

FULL NAME

ADDRESS

CITY OR TOWN

COUNTY · SOCIAL SECURITY NO.

| T/A | T/L | CFA | NON-CDI | REASON |
|---|---|---|---|---|
| X | 2 | N | | |

RESTRICTIONS
NONE · B C D E F G H I J · J · K L

ORGAN DONOR [ ] YES [ ] NO

| VISION | | BOTH | RIGHT | LEFT |
|---|---|---|---|---|
| WITH GLASSES | 20 | | 20 | 20 |
| WITHOUT GLASSES | 20 | BOTH | 20 RIGHT | 20 LEFT |
| PERIPHERAL FIELD | | | | |
| NASAL READING | | | | |
| TOTAL | | | | |

ATTACHMENTS
CLEARANCE LETTER [ ]
VSR [ ]
MED/PSYCH [ ]
SCH BUS [ ]
OTHER _____

DO YOU WEAR GLASSES · TELE LENS [ ]
CONTACT LENSES RIGHT [ ] LEFT [ ]
HEARING AID [ ]

ORGAN DONOR

| COMPUTED D/AD NUMBER | | | TYPE SERVICE | REASON CODE | EXPIRATION DATE |
|---|---|---|---|---|---|
| 1527 | 0771 | 3558 | | | 12 14 99 |

IDENTIFICATION PRESENTED

REMARKS

306 CC 0106 02-26-97 15 04 00 CR

| | STATE | D/AD NUMBER | ISSUE DATE | EXPIRATION DATE | SURR |
|---|---|---|---|---|---|
| DL | | | | | |
| CDL | | | | | |
| ID | IL | 1527-0771-3558-0 | 03-07-94 | 12-14-99 | |

STATE OF ILLINOIS · GEORGE H. RYAN · SECRETARY OF STATE

K2

3-7-94

*Signature Page*

K2

3-7-94

**Renewal APPLICATION**

| | ATTEMPT | CLASS | PASS | FAIL | HAZ | SIG | CERT | EMP. NO. | EMP. INIT. | |
|---|---|---|---|---|---|---|---|---|---|---|
| V.P | | | | | | | | | | VP |
| A. | | | | | | | | | | VA |
| BASIC | | | | | | | | | | BA |
| CLASS | | | | | | | | | | CL |
| MCY | | | | | | | | | | MC |
| DRIVE | | | | | | | | | | DR |
| DRIVE | | | | | | | | | | DR |
| KNOWLEDGE | | | | | | | | | | KN |
| COMBINATION | | | | | | | | | | CO |
| A.R BRAKE | | | | | | | | | | AB |
| DOUB./TRIP | | | | | | | | | | DT |
| PASSENGER | | | | | | | | | | PA |
| TANKER | | | | | | | | | | TA |
| HAZMAT | | | | | | | | | | HM |
| SCHBUS | | | | | | | | | | SB |
| PRE-TRIP | | | | | | | | | | PT |
| SKILLS | | | | | | | | | | SK |
| ROAD | | | | | | | | | | RD |

☐ ORAL EXAM  ☐ REASON

FILE UPDATE BY

Under penalties of perjury as provided by law pursuant to section 1-109 of the Code of Civil Procedure, I hereby swear or affirm that the motor vehicle to be used for this road test is insured pursuant to the provisions of the Illinois Mandatory Insurance Law of the Illinois Vehicle Code or falls under one of the exempted categories.

(Applicant Signature)  (Employee Signature/Number)

DRIVE(S):  VEH. SAFETY INSP. 1) PASS  FAIL  2) PASS  FAIL

CLASS / PLATE / STATE / YEAR / MAKE / CC'S  PASS / FAIL / POINTS

**Applicant Questions**

1. Is your driver's license or ID card or privilege to obtain a license or ID card suspended, revoked, cancelled or refused in any state under this or any other name? (If yes, a letter of clearance is required.)
2. Do you presently hold a valid driver's license or ID card in this or any other state?
3. Is your driver's license being held by a court in lieu of bail?
4. Has a court found you to have a mental disability or disease or has a court committed you to a mental health facility? (If yes, copies of related court orders and/or physician's statement and a signed medical agreement are required.)
5. Do you have any condition that might cause a temporary loss of consciousness? (If yes, a physician's statement and a signed medical agreement are required.)
6. Do you have any mental or physical condition which might interfere with safe driving? (If yes, a physician's statement and a signed medical agreement are required.)
7. Do you use any drugs, including prescription medication, or alcohol to an extent that they impair your driving ability? (If yes, a physician's statement and a signed medical agreement are required.)
8. Are your commercial driver's license privileges currently disqualified or subject to an out-of-service order?
9. Do you certify a. you meet the "Qualification of Drivers" section of the Federal Motor Carrier Safety Regulations, or b. You are not subject to those qualifications because

I understand that my Social Security Number will be disclosed to other states pursuant to the Commercial Motor Vehicle Act of 1986. (Applies only to CDL applicants.)

## NOTICE OF REQUIREMENT TO REGISTER

The Secretary of State is required to provide notice to the following persons of their duty to register under the Sex Offender Registration Act: Those convicted of any felony as defined by Section 2 of the Sex Offender Registration Act [730 ILCS 150/2].

## Disclosure Statement

Under penalties of perjury, I swear or affirm that all information submitted by me regarding this application is true and no fictitious documents have been presented for the purpose of this application. I acknowledge that (a) disclosure of my Social Security Number is mandatory pursuant to 625 ILCS 5/6-106(b); and (b) my Social Security Number may be redisclosed as allowed by the Federal Privacy Act for use by other governmental agencies as outlined in 305 ILCS 5/2-123(h), including the Illinois Department of Public Aid for utilization in child support enforcement.

(Applicant Signature)  (Employee Signature/Number)

## Motor Voter Declination Statement

I affirm that I was asked if I wished to register to vote under the National Voter Registration Act, and I have declined.

(Applicant Signature)  (Employee Signature/Number)

K2

EXH

1

PEOPLE V. QUENTIN SPENCER
INDICTMENT NO. 98CR-339
PEOPLE'S EXHIBIT NO. ____

RE: INVESTIGATION (THE MURDER OF LAURA PETTY)


S T A T E M E N T

of

QUENTIN SPENCER,


taken in an interview room, Area 3 Headquarters, 2nd floor, 2352 West Belmont

Avenue, Chicago, Cook County, Illinois, on Wednesday, November 19, 1997, at

10:00 p.m.

PRESENT:     Mr. Thomas Glasgow
             Assistant State's Attorney

             Detective Terry O'Connor,
             Star No. 20831
             Area 3  Violent Crimes


Reported By:  Joseph A. Szybist C.S.R.
              Illinois State License No. 84-1752

Book No.    9711-17

-------------------------------


MR. GLASGOW:  Let the record reflect that we are in an interview room at

Area 3 Violent Crimes.  Today's date is November 19, 1997.  The time is 10 p.m.

Quentin Spencer        ← Q1A        11-19-97
T. O'Connor
ASA

Q1A

Present in the room with me, Assistant State's Attorney Thomas Glasgow, are Detective Terry O'Connor, the court reporter and Quentin Spencer.

We are here to take the statement of Quentin Spencer concerning the investigation of the murder of Laura Petty which occurred on November 18, 1997, at approximately 2 a.m. at 6916 North Lakewood, apartment 408.

Quentin, I talked to you earlier and explained that I am an assistant state's attorney, a lawyer, and a prosecutor, not your lawyer, is that correct?

A. Yes.

Q. And before we spoke, I advised you of your constitutional rights, is that correct?

A. Yes.

Q. I am going to read you your rights again.

Do you understand that you have the right to remain silent?

A. Yes.

Q. Do you understand that anything you say can be used against you in a court of law?

A. Yes.

Q. Do you understand you have the right to talk to a lawyer and have him present with you while you are being questioned?

A. Yes.

← Q1 B                    11-19-97

*Quentin Spencer*

Q1 B

Q. Do you understand if you cannot afford to hire a lawyer, and you want one, a lawyer will be appointed by the court to represent you before any questioning?

A. Yes.

Q. Understanding these right, do you wish to give a statement?

A. Before we begin that part -- I am sorry. I can't continue.

(Brief pause in proceedings.)

Q. Okay. Quentin, you're indicating to me that you want a lawyer, correct?

A. Yes.

Q. And this is the first time you asked for a lawyer, correct?

A. Yes.

Q. And I read you your rights before, isn't that correct?

A. Yes.

Q. And I told you that you have a right to remain silent?

A. Yes.

Q. And you understood that right?

A. Yes.

Q. And I told you that anything you say could be used against you in a court of law and you understood that right?

A. Yes.

Q. And I read that right to you, correct?

4

A. Yes.

Q. And I told you that you have a right to have an attorney during questioning and you understood that right, correct?

A. Yes.

Q. And I read you the right that if you cannot afford to hire an attorney, and you want one, an attorney will be appointed for you, correct?

A. Yes.

Q. And you understood those rights at that time and you understand that right now, correct?

A. Yes.

Q. And understanding all those rights you talked to me and you talked to the detective about the case, correct?

A. Yes.

Q. And you told us your side of the story, correct?

A. Yes.

MR. GLASGOW: Let the record reflect that this is the end of the court reported statement.

↙ Q1D

X _Quintin Spencer_ WITNESSES TO SIGNATURE:

ASA _____

Det. _F. O'Connor_

11-19-97

Q1D

EXH R-1

1

PEOPLE V. QUENTIN SPENCER
INDICTMENT NO. 98CR-339
PEOPLE'S EXHIBIT NO. ____

Exh
R-1

RE: INVESTIGATION (THE MURDER OF LAURA PETTY)


S T A T E M E N T

of

QUENTIN SPENCER,


taken in an interview room, Area 3 Headquarters, 2nd floor, 2352 West Belmont

Avenue, Chicago, Cook County, Illinois, on Wednesday, November 19, 1997, at

10:00 p.m.

PRESENT:     Mr. Thomas Glasgow
             Assistant State's Attorney

             Detective Terry O'Connor,
             Star No. 20831
             Area 3  Violent Crimes


Reported By:  Joseph A. Szybist C.S.R.
              Illinois State License No. 84-1752

Book No.    9711-17

-------------------------------------


        MR. GLASGOW:  Let the record reflect that we are in an interview room at

Area 3 Violent Crimes.  Today's date is November 19, 1997.  The time is 10 p.m.

2

Present in the room with me, Assistant State's Attorney Thomas Glasgow, are Detective Terry O'Connor, the court reporter and Quentin Spencer.

We are here to take the statement of Quentin Spencer concerning the investigation of the murder of Laura Petty which occurred on November 18, 1997, at approximately 2 a.m. at 6916 North Lakewood, apartment 408.

Quentin, I talked to you earlier and explained that I am an assistant state's attorney, a lawyer, and a prosecutor, not your lawyer, is that correct?

A. Yes.

Q. And before we spoke, I advised you of your constitutional rights, is that correct?

A. Yes.

Q. I am going to read you your rights again.

Do you understand that you have the right to remain silent?

A. Yes.

Q. Do you understand that anything you say can be used against you in a court of law?

A. Yes.

Q. Do you understand you have the right to talk to a lawyer and have him present with you while you are being questioned?

A. Yes.

*Exh₴ R-2*

3

Q.  Do you understand if you cannot afford to hire a lawyer, and you want one, a

lawyer will be appointed by the court to represent you before any questioning?

*Exh R3*

A.  Yes.

Q.  Understanding these right, do you wish to give a statement?

A.  Before we begin that part -- I am sorry.  I can't continue.

(Brief pause in proceedings.)

Q.  Okay.  Quentin, you're indicating to me that you want a lawyer, correct?

A.  Yes.

Q.  And this is the first time you asked for a lawyer, correct?

A.  Yes.

Q.  And I read you your rights before, isn't that correct?

A.  Yes.

Q.  And I told you that you have a right to remain silent?

A.  Yes.

Q.  And you understood that right?

A.  Yes.

Q.  And I told you that anything you say could be used against you in a court of

law and you understood that right?

A.  Yes.

Q.  And I read that right to you, correct?

4

Exh
R~4

A. Yes.

Q. And I told you that you have a right to have an attorney during questioning and you understood that right, correct?

A. Yes.

Q. And I read you the right that if you cannot afford to hire an attorney, and you want one, an attorney will be appointed for you, correct?

A. Yes.

Q. And you understood those rights at that time and you understand that right now, correct?

A. Yes.

Q. And understanding all those rights you talked to me and you talked to the detective about the case, correct?

A. Yes.

Q. And you told us your side of the story, correct?

A. Yes.

MR. GLASGOW: Let the record reflect that this is the end of the court reported statement.

X _Quintin Spencer_ _____ WITNESSES TO SIGNATURE:

ASA _____

Det. _____

I hereby certify that the document to which this certification is affixed is a true copy.

Date September 23, 2013 A.D.

Dorothy Brown
Clerk of the Circuit Court
of Cook County, IL

## VERIFICATION

I have read the foregoing Complaint and hereby verify that the matters alleged therein are true, except as to matters alledged on information and belief, and, as to those, I believe them to be true. I certify under penalty of Perjury that the foregoing is true and correct.

Executed at Hillsboro, Illinois on 1-23-24

Quentin Spencer Gene.

Quentin GENE Spencer